B1 (Official Form 1)(04/13)

| United States Bankruptcy Court<br>Eastern District of New York | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>Nachamie, Barton | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>xxx-xx-6732 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>40 South Road<br>Port Washington, NY        ZIP Code 11050 | Street Address of Joint Debtor (No. and Street, City, and State):        ZIP Code |
| County of Residence or of the Principal Place of Business:<br>Nassau | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):        ZIP Code | Mailing Address of Joint Debtor (if different from street address):        ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor** (Form of Organization) (Check one box)
- ■ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ☐ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Chapter 15 Debtors**
Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter)*.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors
| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets
| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities
| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

**B1 (Official Form 1)(04/13)** Page 2

| Voluntary Petition *(This page must be completed and filed in every case)* | Name of Debtor(s): Nachamie, Barton |
|---|---|

**All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet)

| Location Where Filed: - None - | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

**Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet)

| Name of Debtor: - None - | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

**Exhibit A**

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)

☐ Exhibit A is attached and made a part of this petition.

**Exhibit B**
(To be completed if debtor is an individual whose debts are primarily consumer debts.)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).

X_____
  Signature of Attorney for Debtor(s)          (Date)

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

**B1 (Official Form 1)(04/13)** **Page 3**

# Voluntary Petition

*(This page must be completed and filed in every case)*

Name of Debtor(s):
Nachamie, Barton

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** /s/ Barton Nachamie
Signature of Debtor  Barton Nachamie

**X** _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

March 26, 2015
Date

### Signature of Attorney*

**X** /s/ Gabriel Del Virginia, Esq.
Signature of Attorney for Debtor(s)

Gabriel Del Virginia, Esq. (GDV-4951)
Printed Name of Attorney for Debtor(s)

LAW OFFICES OF GABRIEL DEL VIRGINIA
Firm Name

30 Wall Street,
12th Floor,
New York, NY 10022
Address

   Email: gabriel.delvirginia@verizon.net
212-371-5478  Fax: 212-371-0460
Telephone Number

March 26, 2015
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
## Eastern District of New York

In re   Barton Nachamie                                                      Case No.
                            Debtor(s)                                         Chapter    11

# EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* _____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

B 1D (Official Form 1, Exhibit D) (12/09) - Cont. Page 2

    ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

    ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

    ☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

    Signature of Debtor:   /s/ Barton Nachamie
                                           Barton Nachamie

    Date:   March 26, 2015

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Eastern District of New York

In re  Barton Nachamie  
                            Debtor(s)

Case No. _____  
Chapter  11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

    Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) *Name of creditor and complete mailing address including zip code* | (2) *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3) *Nature of claim (trade debt, bank loan, government contract, etc.)* | (4) *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5) *Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| Alex Spizz<br>425 Park Avenue<br>New York, NY 10022 | Alex Spizz<br>425 Park Avenue<br>New York, NY 10022 | Loan | | 50,000.00 |
| Capital One Bank<br>P.O. Box 71083<br>Charlotte, NC<br>28272-1083 | Capital One Bank<br>P.O. Box 71083<br>Charlotte, NC 28272-1083 | 2 Credit cards | | 7,413.00 |
| Health Port<br>P.O. Box 40900<br>Atlanta, GA 30384-9900 | Health Port<br>P.O. Box 40900<br>Atlanta, GA 30384-9900 | Hospital records | | 38.66 |
| Hudson City Savings Bank<br>80 West Century Road<br>Paramus, NJ 07652 | Hudson City Savings Bank<br>80 West Century Road<br>Paramus, NJ 07652 | Real property and improvements Location: 40 South Road, Sands Point NY | | 1,054,393.00<br><br>(850,000.00 secured) |
| Internal Revenue Service<br>Centralized Insolvency<br>P.O. Box 21126<br>Philadelphia, PA 19114 | Internal Revenue Service<br>Centralized Insolvency<br>P.O. Box 21126<br>Philadelphia, PA 19114 | Real property and improvements Location: 40 South Road, Sands Point NY | Contingent | 1,667,330.29<br>(850,000.00 secured)<br>(1,351,959.00 senior lien) |
| IRS/Centralized Insolvenc<br>Post Office Box 21126<br>Philadelphia, PA 19114 | IRS/Centralized Insolvenc<br>Post Office Box 21126<br>Philadelphia, PA 19114 | Income and witholding tax. Filed at various times 5/6/'10-12/24/'13 | Contingent | 1,453,330.29 |
| Jess. DiPasquale<br>16 Pheasant Hill Road<br>Weston, CT 06883 | Jess. DiPasquale<br>16 Pheasant Hill Road<br>Weston, CT 06883 | Loan | | 10,000.00 |
| Manufacturers Traders Trust Company<br>One M&T Plaza<br>Buffalo, NY 14240 | Manufacturers Traders Trust Company<br>One M&T Plaza<br>Buffalo, NY 14240 | Real property and improvements Location: 40 South Road, Sands Point NY | | 297,566.00<br>(850,000.00 secured)<br>(1,054,393.00 senior lien) |

**B4 (Official Form 4) (12/07) - Cont.**

In re  Barton Nachamie                                            Case No. _____

Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1)<br><br>Name of creditor and complete mailing address including zip code | (2)<br><br>Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3)<br><br>Nature of claim (trade debt, bank loan, government contract, etc.) | (4)<br><br>Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5)<br><br>Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| New York State Dept of Taxation and Finance<br>W A Harriman State Campus<br>Albany, NY 12227-0001 | New York State Dept of Taxation and Finance<br>W A Harriman State Campus<br>Albany, NY 12227-0001 | Witholding assessment as Responsible Person. | Disputed | 361,267.00 |
| New York State Dept of Taxation and Finance<br>W A Harriman State Campus<br>Albany, NY 12227 | New York State Dept of Taxation and Finance<br>W A Harriman State Campus<br>Albany, NY 12227 | Joint income tax | Unliquidated Disputed | 200,000.00 |
| Oxford Health Plan<br>Rawling Financial Group<br>P.O. Box 2020<br>La Grange, KY 40031 | Oxford Health Plan<br>Rawling Financial Group<br>P.O. Box 2020<br>La Grange, KY 40031 | Charge back by former health insurer | Disputed | 537.14 |
| Paul B. Bergman, PC<br>950 Third Avenue<br>New York, NY 10022 | Paul B. Bergman, PC<br>950 Third Avenue<br>New York, NY 10022 | Legal fees | | 18,000.00 |
| Robin Lifton<br>297 Circle Drive<br>Venice, FL 34285 | Robin Lifton<br>297 Circle Drive<br>Venice, FL 34285 | Loan | | 185,207.35 |
| Spizz Cohen Serchuk PC<br>425 Park Avenu<br>New York, NY 10022 | Spizz Cohen Serchuk PC<br>425 Park Avenu<br>New York, NY 10022 | Restitution judgment | | 430,556.28 |
| Sterling National Bank<br>500 Seventh Ave.<br>10th Floor<br>New York, NY 10018 | Sterling National Bank<br>500 Seventh Ave.<br>10th Floor<br>New York, NY 10018 | Credit Line | | 135,000.00 |
| Velocity--Greatest Phone<br>7130 Spring Meadows West<br>Holland, OH 43528 | Velocity--Greatest Phone<br>7130 Spring Meadows West<br>Holland, OH 43528 | Loan | | 140,000.00 |
| Washington Mutual Savings Bank<br>PO Box 45179<br>Jacksonville, FL 32232-5179 | Washington Mutual Savings Bank<br>PO Box 45179<br>Jacksonville, FL 32232-5179 | Notice | | Unknown |
| Washington Mutual Svgs<br>7255 Bay Meadows Way<br>Jacksonville, FL 32256 | Washington Mutual Svgs<br>7255 Bay Meadows Way<br>Jacksonville, FL 32256 | Notice | | Unknown |
| | | | | |
| | | | | |

**B4 (Official Form 4) (12/07) - Cont.**

In re  Barton Nachamie                                              Case No.

                                      Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

      I, Barton Nachamie, the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  March 26, 2015                               Signature  /s/ Barton Nachamie
                                                                       Barton Nachamie
                                                                       Debtor

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§  152 and 3571.

Software Copyright (c) 1996-2014 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

Alex Spizz
425 Park Avenue
New York, NY 10022

Bank of America
PO Box 5170
Auberry, CA 93602-5170

Capital One Bank
P.O. Box 71083
Charlotte, NC 28272-1083

Douglas Ellman
475 Port Washington Blvd
Port Washington, NY 11050

Health Port
P.O. Box 40900
Atlanta, GA 30384-9900

Hudson City Savings Bank
80 West Century Road
Paramus, NJ 07652

Internal Revenue Service
Centralized Insolvency
P.O. Box 21126
Philadelphia, PA 19114

internal revenue services
1600 Stewart Avenue
suite 210
Westbury, NY 11590

IRS/Centralized Insolvenc
Post Office Box 21126
Philadelphia, PA 19114

Jess. DiPasquale
16 Pheasant Hill Road
Weston, CT 06883

Judith Nachamie
40 South Road
Port Washington, NY 11052

Lyuba Golster & Larry Fei
315 Est 72 Street
New York, NY 10021


Manufacturers Traders
Trust Company
One M&T Plaza
Buffalo, NY 14240


New York State Dept of
Taxation and Finance
W A Harriman State Campus
Albany, NY 12227-0001


New York State Dept of
Taxation and Finance
W A Harriman State Campus
Albany, NY 12227


Oxford Health Plan
Rawling Financial Group
P.O. Box 2020
La Grange, KY 40031


Paul B. Bergman, PC
950 Third Avenue
New York, NY 10022


Robin Lifton
297 Circle Drive
Venice, FL 34285


Spizz Cohen Serchuk PC
425 Park Avenu
New York, NY 10022


Sterling National Bank
500 Seventh Ave.
10th Floor
New York, NY 10018


Sweeny Gallo Reich
  Bolz LLP
Melanie Sweeny
95-25 Queens Blvd--11th F
Rego Park, NY 11374

```
Velocity--Greatest Phone
7130 Spring Meadows West
Holland, OH 43528


Washington Mutual
  Savings Bank
PO Box 45179
Jacksonville, FL 32232-5179


Washington Mutual Svgs
7255 Bay Meadows Way
Jacksonville, FL 32256
```